

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-20-00012-CV

**IN RE J.H.** and C.H.

Original Mandamus Proceeding[1]

**ORDER**

On January 8, 2020, relators filed a petition for writ of mandamus and the real parties in interest responded. After reviewing the petition, the response, and the record, we conclude relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Martha Tanner is ORDERED to (1) vacate her October 28, 2019 "Order on Motion to Strike Intervenors' Pleadings," (2) grant relators' motion to strike, and (3) dismiss the petition in intervention filed by the real parties in interest for lack of jurisdiction. The writ will issue only if we are notified Judge Tanner has not complied within fifteen days from the date of this order.

It is so **ORDERED** on March 4, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-PA-01669, styled *In the Interest of L.S.R., a Child*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.